No. 91–7185. JEFFRESS *v.* PETERSON, COMMISSIONER OF INTERNAL REVENUE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–7188. SHORT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7197. LUCAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7244. FAULKNER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–7302. TUGGLE *v.* BAIR, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 91–7320. CALDWELL *v.* DRISCOLL ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7326. TAYLOR *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 91–7327. AGOMO *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–7333. CIDLOWSKI *v.* OFFICE OF THE SECRETARY OF STATE OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–7336. JONES *v.* DEPARTMENT STORE EMPLOYEES UNION LOCAL 1100 ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7339. GREEN *v.* JONES, SUPERINTENDENT, DERMOTT SCHOOLS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7345. RANKINS *v.* WEISENBURGER. C. A. 9th Cir. Certiorari denied.

No. 91–7347. SKELTON *v.* PRI-COR, INC. C. A. 6th Cir. Certiorari denied.

No. 91–7350. BROWN *v.* STAINER, WARDEN. C. A. 9th Cir. Certiorari denied.